UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81220-RAR

TIMOTHY LEWIS and TERESA MASSA,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

  v.

MERCEDES-BENZ USA, LLC and
DAIMLER AG

        Defendants.

**JOINT STIPULATION OF PLAINTIFF TERESA MASSA'S VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teresa Massa and Defendants Mercedes Benz USA, LLC and Daimler AG, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff Massa's individual claims without prejudice.

This stipulation of dismissal does not affect the claims of Plaintiff Timothy Lewis or the putative class he seeks to represent.

Submitted this 14th day of October 2021.

/s/ *Robert J. Neary*
Robert J. Neary

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| /s/*Robert J. Neary* | /s/ *Stephen B. Devereaux* |
| Benjamin Widlanski, Esq. | W. Randall Bassett (Fla. Bar No. 0038813) |
| Florida Bar No. 1010644 | Stephen B. Devereaux (*pro hac vice*) |
| bwidlanski@kttlaw.com | Madison H. Kitchens (*pro hac vice*) |
| Harley S. Tropin, Esq. | Adam Reinke (*pro hac vice*) |
| Florida Bar No. 241253 | Rania Kajan (*pro hac vice*) |
| hst@kttlaw.com | **KING & SPALDING LLP** |
| Gail McQuilkin, Esq. | 1180 Peachtree Street, N.E. |

Florida Bar No. 969338
gam@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
Robert J. Neary, Esq.
Florida Bar No. 81712
rn@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Peter Prieto, Esq.
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esq.
Florida Bar No. 617113
jgravante@podhurst.com
Matthew Weinshall, Esq.
Florida Bar No. 84783
mweinshall@podhurst.com
**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Ave., Suite 2700
Miami, Florida 33131
Telephone: 305-358-2800
Facsimile: 305-358-2382

George Franjola, Esq.
George Franjola
Florida Bar No. 333271
gfranjola@franjolalaw.com
**LAW OFFICE OF GEORGE FRANJOLA**
233 SW 3rd St., Suite 3
Ocala, FL 34471
(352) 812-0462

Michael Burger, Esq.
mike@litgrp.com
**SANTIAGO BURGER LLP**
1250 Pittsford Victor Road
Bldg. 100 Suite 190
Pittsford, NY 14534

Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
rbassett@kslaw.com
sdevereaux@kslaw.com
mkitchens@kslaw.com
areinke@kslaw.com
rkajan@kslaw.com

1389096

Telephone: (585) 563-2400
Facsimile: (585) 563-7526

Jack Scarola, Esq.
Florida Bar No. 169440
jsx@searcylaw.com
**SEARCY DENNEY SCAROLA**
**BARNHART & SHIPLEY PA**
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Telephone: (561) 686-6300
Fax: (561) 383-9451