UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81220-RAR

**TIMOTHY LEWIS**, *et al.*, *on behalf of himself and all others similarly situated*,

      Plaintiffs,

v.

**MERCEDES-BENZ USA, LLC**, *et al.*,

      Defendants.
_____/

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice [ECF No. 102] ("Motion"), filed on February 16, 2022.  Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**.  The above-styled case is **DISMISSED** *without prejudice* with each party to bear its own fees and costs.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of February, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**